UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIOTT DE BRUIN,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:24-cv-00612-JHC<br><br>ORDER GRANTING MOTION TO FILE THE RECORD UNDER SEAL |

Based on the Stipulated Motion to File the Record under Seal, Dkt. # 10, it is ORDERED that the stipulated motion is granted for good cause shown and the parties shall now file the Administrative Record/Claim File under seal.

Dated this 3rd day of October, 2024.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE