UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIOTT DE BRUIN,<br><br>    Plaintiff,<br><br> v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | NO. 2:24-cv-00612-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISPOSITIVE BRIEFING SCHEDULE |

Based on the Stipulated Motion to Extend Dispositive Briefing Schedule, Dkt. # 13, it is hereby ORDERED that the stipulated motion is granted for good cause shown and the dispositive briefing schedule will be extended as follows: cross-trial briefs under Fed. R. Civ. P. 52 due February 3, 2025, and cross-response briefs due March 10, 2025.

Dated this 16th day of October, 2024.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
EXTEND DISPOSITIVE BRIEFING SCHEDULE - 1
Case No. 2:24-cv-00612-JHC